423 A.2d 1313

Kruse et vir., Appellants, v. Gilardi.

Argued October 26, 1978. Charles A. Higgins, submitted a brief on behalf of appellants; Maury D. Nusbaum, for appellee.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.

644

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.